IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY C. SNYDER AND GARY FOSTER,** | : | CIVIL ACTION NO. 1:16-CV-1684 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **PROGRESSIVE DIRECT INSURANCE COMPANY,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 16th day of February, 2017, it having been reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania